# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**DAVID LYNN STEWART**  **PETITIONER**
*ADC #175132*

v.   **CASE NO. 4:24-CV-00556-BSM**

**DEXTER PAYNE**   **RESPONDENT**

## ORDER

After *de novo* review of the record, United States Magistrate Judge Jerome T. Kearney's recommended disposition [Doc. No. 9] is adopted, David Stewart's petition for a writ of habeas corpus [Doc. No. 2] is dismissed with prejudice, and a certificate of appealability is denied.

IT IS SO ORDERED this 4th day of August, 2025.

_____
UNITED STATES DISTRICT JUDGE