IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DAVID LYNN STEWART**  PETITIONER
*ADC #175132*

v.   CASE NO. 4:24-CV-00556-BSM

**DEXTER PAYNE**  RESPONDENT

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 4th day of August, 2025.

_____
UNITED STATES DISTRICT JUDGE